James M. DIXON and Jane McK. Dixon, Executors of the Will of W. Lacy Dixon, Deceased, Appellant, v. UNITED STATES of America, Appellee.

No. 11292.

United States Court of Appeals
Sixth Circuit.

Oct. 31, 1951.

Elwood Rosenbaum, Lexington, Ky., for appellants. Argued by same.

Claude P. Stephens, Lexington, Ky., Theron L. Caudle, Charles Oliphant, and Ellis N. Slack, and Morton K. Rothschild, all of Washington, D. C., for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and upon consideration thereof

It Is Ordered And Adjudged that the judgment appealed from on October 20, 1950, be and the same is in all things affirmed upon the grounds and for the reasons set forth in the Findings of Fact and Conclusions of Law of the District Judge filed in the District Court on October 19, 1950, 96 F.Supp. 986.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. TENNESSEE VALLEY BROADCASTING COMPANY, Respondent.

No. 13504.

United States Court of Appeals
Fifth Circuit.

Nov. 6, 1951.

Harvey B. Diamond, Attorney, A. Norman Somers, Asst. General Counsel, David P. Findlings, Associate General Counsel, National Labor Relations Board, all of Washington, D. C., for petitioner.

No appearance entered on behalf of respondent.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

The petitioner's request to modify its petition for enforcement of the Board's order, by deleting therefrom paragraphs 1(a) and 2(a) of the portion designated "Order," is hereby granted. The order is accordingly modified by omitting therefrom the above paragraphs. As so modified, the petition for enforcement of the order is granted.

Modified and affirmed.